# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Shannon Overen, as mother and natural guardian for minor, Andre Grundholfer, | Civil No. 07-1430 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Hasbro, Inc., a Rhode Island corporation, | |
| Defendant. | |

---

Plaintiff's Amended Motion to Amend Complaint to Add Punitive Damages will be heard by the undersigned on Friday, March 14, 2008, in Courtroom 1, United States Courthouse, 180 East Fifth Street, St. Paul, Minnesota at 9:00 a.m.; briefing of said Motion will be completed in accordance with the original hearing date of March 10th. The March 10, 2008, hearing before Magistrate Judge Janie S. Mayeron is **CANCELED**.

Dated: February 14, 2008

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge