**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Shannon Overn, as mother and natural guardian for minor, Andrea Grundhoffer, | Civil No. 07-1430 (RHK/JSM) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| Hasbro, Inc., a Rhode Island corporation, | |
| Defendant. | |

---

Based on the parties' Stipulation (Doc. No. 63), **IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED WITH PREJUDICE** on its merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 30, 2008

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge