# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Shannon Overn, as mother and natural
guardian for minor, Andrea Grundhoffer,

        Plaintiff,

vs.

Hasbro, Inc., a Rhode Island corporation,

        Defendant.

Civil No. 07-1430 (RHK/JSM)

**ORDER**

---

Pursuant to the parties' Stipulation (Doc. No. 66), **IT IS ORDERED** that counsel for Defendant Hasbro may provide transcripts of depositions, and exhibits thereto, to counsel for Hasbro in a lawsuit pending in the United States District Court for the Eastern District of Pennsylvania.

Dated:  February 5, 2009

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge