## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Shannon Overn, as mother and natural guardian for minor, Andrea Grundhoffer, | Civil No. 07-1430 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Hasbro, Inc., a Rhode Island corporation, | |
| Defendant. | |

Pursuant to the parties' Stipulation (Doc. No. 66), **IT IS ORDERED** that counsel for Defendant Hasbro may provide liability expert reports to counsel for Hasbro in a lawsuit pending in the United States District Court for the Eastern District of Pennsylvania.

Dated:  February 24, 2009

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge